**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00312-CMA-BNB

ALLISON JENKINS, as widow and Executor of
   the Estate of ERIC JENKINS,

     Plaintiff,

v.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE, INC.,
GE HEALTHCARE AS,
BAYER HEALTHCARE PHARMACEUTICALS, INC.
   f/k/a Berlex, Inc., f/k/a Berlex Laboratories, Inc.,
BAYER AG,
BAYER SCHERING PHARMA AG, f/k/a Schering AG,
MALLINCKRODT, INC.,
BRACCO DIAGNOSTICS INC.,
BRACCO RESEARCH USA, INC.,
ALTANA PHARMA AG, and
NYCOMED INTERNATIONAL MANAGEMENT GmbH,

     Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on the past professional relationship of a member of my staff as counsel for Defendant General Electric Company on claims similar to those involved in this case, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the Clerk of the Court and that the case be reassigned by random draw.

DATED: February __23__, 2009

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge