IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00312-WYD-BNB

ALLISON JENKINS, as widow and Executor of the Estate of Eric Jenkins,

Plaintiff,

v.

GENERAL ELECTRIC COMPANY;
GE HEALTHCARE, INC.;
GE HEALTHCARE AS;
BAYER HEALTHCARE PHARMACEUTICALS, INC., f/k/a Berlex, Inc., f/k/a Berlex Laboratories, Inc.;
BAYER AG;
BAYER SCHERING PHARMA AG, f/k/a Schering AG;
MALLINCKRODT, INC.;
BRACCO DIAGNOSTIC INC.;
BRACCO RESEARCH USA, INC.;
ALTANA PHARMA AG;
and
NYCOMED INTERNATIONAL MANAGEMENT GmbH,

Defendants.

_____

**ORDER**
_____

This matter arises on **Bayer Healthcare Pharmaceuticals, Inc.'s Agreed Motion to Stay All Activity In the Case** [Doc. # 10, filed 3/11/2009] (the "Motion to Stay"). The plaintiff does not oppose the Motion to Stay, and good cause for it has been shown.

IT IS ORDERED that the Motion to Stay is GRANTED, and this matter is STAYED pending further order of the court.

IT IS FURTHER ORDERED that the plaintiff shall file a status report on **June 1, 2009**, and every 90 days thereafter informing the court of the status of any request or effort to transfer

this case to MDL No. 1909, <u>In Re: Gadolinium Contrast Dyes Products Liability Litigation</u>.  The plaintiff also shall notify the court within ten days of any order of the United States Judicial Panel on Multidistrict Litigation concerning transfer of this case to MDL No. 1909.

Dated March 13, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge